```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00381-RNO
Scott A Bartolacci                                                  Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini            Page 1 of 1            Date Rcvd: May 01, 2019
                              Form ID: ntcnfhrg         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db              +Scott A Bartolacci,    88 Analomink Street,    East Stroudsburg, PA 18301-2529
5156184         +Caliber Home Loans,    715 S. Metropolitan,    Oklahoma City, OK 73108-2088
5156185         +Credit First, N.A.,    PO Box 81315,    Cleveland, OH 44181-0315
5182630         +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
5161252         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Janet M. Spears,    ALDRIDGE PITE, LLP,
                  4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
5156187         +The Bank of New York Mellon,    c/o McCabe Weisberg & Conway, P.C.,
                  123 South Broad Street, Ste. 1400,    Philadelphia, PA 19109-1060
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5156183         +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 01 2019 19:48:29
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,    Miami, FL 33146-1837
5183741         +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 01 2019 19:48:42
                  LSF 9 Master Participation Trust,    c/o Caliber Home Loans, Inc,    13801 Wireless Way,
                  Oklahoma City  OK 73134-2500
5159350         +E-mail/Text: MKnitter@monroecountypa.gov May 01 2019 19:48:20
                  Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
5156186          E-mail/Text: bankruptcynotices@psecu.com May 01 2019 19:48:33
                  Pennsylvania State Employees Credit,    PO Box 67013,    Harrisburg, PA 17106-7013
                                                                                                TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2005-AB4) bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
              Mario John Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
              Mark J. Conway    on behalf of Debtor 1 Scott A Bartolacci info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott A Bartolacci,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−00381−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 4, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 1, 2019 |

ntcnfhrg (03/18)