```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-00381-RNO
Scott A Bartolacci                                                  Chapter 13
     Debtor              CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: May 23, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
       +Brian E Crawford,   82-84 ANALOMINK ST,   EAST STROUDSBURG, PA 18301-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
      James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE (CWABS 2005-AB4) bkgroup@kmllawgroup.com
      Janet M. Spears   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
       2005-AB4 bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
      Janet M. Spears   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
      Mario John Hanyon   on behalf of Creditor   LSF9 Master Participation Trust et al pamb@fedphe.com
      Mario John Hanyon   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
      Mark J. Conway   on behalf of Debtor 1 Scott A Bartolacci info@mjconwaylaw.com,
       connie@mjconwaylaw.com;mjc@mjconwaylaw.com
      Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                            TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Scott A Bartolacci | : | BK. No. 5:19-00381 RNO |
| Debtor | : | |
| | : | Chapter No. 13 |
| LSF9 Master Participation Trust, | : | |
| by Caliber Home Loans, Inc., solely in its | : | |
| capacity as servicer | : | |
| | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| Scott A Bartolacci | : | |
| Brian E. Crawford (Non-Filing Co-Debtor) | : | |
| Respondents | | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY WITH RESPECT TO 82-84 ANALOMINK ST, EAST STROUDSBURG, PA 18301.**

Upon consideration of Motion of **LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer** (Movant), after Notice and opportunity for a hearing, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 82-84 ANALOMINK ST, EAST STROUDSBURG, PA 18301 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted.

Dated: May 23, 2019          By the Court,

_Robert N. Opel II (signature)_

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)