IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SCOTT A. BARTOLACCI<br>Debtor | CHAPTER 13<br>CASE NO. 5-19-00381-RNO |

**DEBTOR'S PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN
ACCORDANCE WITH 11 U.S.C SECTIONS
1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)**

I, Scott A. Bartolacci, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on June 11, 2019.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. §1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308, have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature: Scott A. Bartolacci]*
Scott A. Bartolacci
Debtor

Dated: _May 22_, 2019