```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                          Case No. 19-00381-RNO
Scott A Bartolacci                                                              Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: AutoDocke           Page 1 of 1              Date Rcvd: Feb 18, 2020
                               Form ID: orfeedue         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB4 bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2005-AB4) bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB4 bkecfinbox@aldridgepite.com,  JSpears@ecf.courtdrive.com
              Janet M. Spears    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com,  JSpears@ecf.courtdrive.com
              Mario John Hanyon    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor   LSF9 Master Participation Trust et al pamb@fedphe.com
              Mark J. Conway    on behalf of Debtor 1 Scott A Bartolacci info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Scott A Bartolacci

**Debtor(s)**

Chapter 13

Case number 5:19−bk−00381−RNO

Document Number: 52

**Order Filing Fee Due**

A transfer of claim was filed on **February 18, 2020**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **February 25, 2020**.

Dated: February 18, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

orfeedue(05/18)