```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                    Case No. 19-00381-RNO
Scott A Bartolacci                                        Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke        Page 1 of 1         Date Rcvd: Feb 18, 2020
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
5182630         +THE BANK OF NEW YORK MELLON,   Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                             Signature:   /s/Joseph Speetjens

_____


                  **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-AB4 bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWABS 2005-AB4) bkgroup@kmllawgroup.com
          Janet M. Spears    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-AB4 bkecfinbox@aldridgepite.com,  JSpears@ecf.courtdrive.com
          Janet M. Spears    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com,  JSpears@ecf.courtdrive.com
          Mario John Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust et al pamb@fedphe.com
          Mark J. Conway    on behalf of Debtor 1 Scott A Bartolacci info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 10
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00381-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott A Bartolacci
88 Analomink Street
East Stroudsburg PA 18301

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/18/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO<br>P.O. Box 10826<br>Greenville, SC  29603-0826<br>THE BANK OF NEW YORK MELLON FKA THE BANK<br>P.O. Box 10826<br>Greenville, SC  29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/20/20

Terrence S. Miller
**CLERK OF THE COURT**