In re:                                                                          Case No. 19-00381-HWV

Scott A Bartolacci                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                Page 1 of 2

Date Rcvd: Sep 17, 2021                       Form ID: ntpasnh                                Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A Bartolacci, 88 Analomink Street, East Stroudsburg, PA 18301-2529 |
| 5156184 | + | Caliber Home Loans, 715 S. Metropolitan, Oklahoma City, OK 73108-2054 |
| 5156185 | + | Credit First, N.A., PO Box 81315, Cleveland, OH 44181-0315 |
| 5182630 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 5302563 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5302564 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5161252 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 5156187 | + | The Bank of New York Mellon, c/o McCabe Weisberg & Conway, P.C., 123 South Broad Street, Ste. 1400, Philadelphia, PA 19109-1060 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5156183 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 17 2021 18:51:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1873 |
| 5183741 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 17 2021 18:51:00 | LSF 9 Master Participation Trust, c/o Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 5159350 | + | Email/Text: MKnitter@monroecountypa.gov | Sep 17 2021 18:51:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 5156186 | | Email/Text: bankruptcynotices@psecu.com | Sep 17 2021 18:51:00 | Pennsylvania State Employees Credit, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5328530 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5328531 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0314-5

Date Rcvd: Sep 17, 2021

User: AutoDocke

Form ID: ntpasnh

Page 2 of 2

Total Noticed: 12

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2021                                      Signature:              /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian E Manning | on behalf of Debtor 1 Scott A Bartolacci BrianEManning@comcast.net  G17590@notify.cincompass.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2005-AB4) bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor LSF9 Master Participation Trust et al pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificateholders of the CWABS  Inc., Asset-Backed Certificates, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

    Scott A Bartolacci

    **Debtor 1**

Chapter: 13

Case number: 5:19−bk−00381−HWV

Document Number: 67

Matter: Motion for Mortgage Modification

NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for
The Bank of New York Mellon FKA The Bank of New York as
Trustee for the Certificateholders of the CWABS, Inc.,
Asset−Backed Certificates, Series 2005−AB4
**Movant(s)**

vs.

Scott A. Bartolacci
Jack N. Zaharopoulos, Trustee
**Respondent(s)**

| Notice |
| --- |

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **October 8, 2021**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 17, 2021 |

ntpasnh(05/18)