# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | Case No. 5-19-00381

SCOTT A. BARTOLACCI | Chapter 13

Debtor | Henry W, Van Eck, C.B.J.

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I. Certification Regarding Domestic Support Obligations (check no more than one)**

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II. If you checked the second box, you must provide the information below.**

My current address:_____

My current employer and my employer's address:_____

**Part III. Certification Regarding Section 522(q) (check no more than one)**

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050[1] in value in the aggregate.

---

[1] Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

Case 5:19-bk-00381-HWV    Doc 73    Filed 06/21/22    Entered 06/21/22 21:12:37    Desc
Main Document    Page 1 of 2

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

**Part IV. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 06/19/2022
       Date

_Scott A Bartolacci_
       Debtor

Executed on: _____
       Date

_____
       Joint-Debtor

Case 5:19-bk-00381-HWV    Doc 73    Filed 06/21/22    Entered 06/21/22 21:12:37    Desc
Main Document      Page 2 of 2