United States Bankruptcy Court

Middle District of Pennsylvania

In re:          Case No. 19-00381-HWV

Scott A Bartolacci          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Jun 22, 2022      Form ID: 3180W      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A Bartolacci, 88 Analomink Street, East Stroudsburg, PA 18301-2529 |
| 5156187 | + | The Bank of New York Mellon, c/o McCabe Weisberg & Conway, P.C., 123 South Broad Street, Ste. 1400, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5156183 | + | EDI: LCIBAYLN | Jun 22 2022 22:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1839 |
| 5156184 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 22 2022 18:38:00 | Caliber Home Loans, 715 S. Metropolitan, Oklahoma City, OK 73108-2054 |
| 5156185 | + | EDI: CRFRSTNA.COM | Jun 22 2022 22:38:00 | Credit First, N.A., PO Box 81315, Cleveland, OH 44181-0315 |
| 5183741 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 22 2022 18:38:00 | LSF 9 Master Participation Trust, c/o Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 5159350 | + | Email/Text: MKnitter@monroecountypa.gov | Jun 22 2022 18:38:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 5156186 | | Email/Text: bankruptcynotices@psecu.com | Jun 22 2022 18:38:00 | Pennsylvania State Employees Credit, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5182630 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2022 18:38:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 5161252 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 22 2022 18:38:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 5302563 | | Email/Text: mtgbk@shellpointmtg.com | Jun 22 2022 18:38:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5302564 | | Email/Text: mtgbk@shellpointmtg.com | Jun 22 2022 18:38:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**

| | | |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5328530 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5328531 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Scott A Bartolacci BrianEManning@comcast.net G17590@notify.cincompass.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2005-AB4) bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB4 bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2005-AB4) bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Mario John Hanyon | on behalf of Creditor LSF9 Master Participation Trust et al pamb@fedphe.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Scott A Bartolacci<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8295<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number: 5:19-bk-00381-HWV | | |

# Order of Discharge                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Scott A Bartolacci

6/22/22

**By the court:**   *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**